**Judgment in a Civil Case**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **CENTRAL LABORERS' PENSION WELFARE AND ANNUITY FUNDS,** | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 06-cv-205-PMF |
| **SPIRTAS WRECKING COMPANY,** | ) ) ) | |
| Defendant. | ) | |

## JUDGMENT IN A CIVIL CASE

The Court having having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs..

DATED:  September 13, 2007          NORBERT G. JAWORSKI, CLERK

                                                          By: s/Karen R. Metheney
                                                                  Deputy Clerk

**APPROVED:**

*s/ Philip M. Frazier*
**HON. PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**